IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: _Andrew J. and Amanda L. Feight_ | Bankruptcy No. _15-70770_ |
| Debtor | |
| _Andrew J. and Amanda L Feight_ | Chapter 11 |
| Movant | |
| v. | Related to Document No. _38_ |
| _No Respondent_ | |
| Respondent (if none, then "No Respondent") | |

## CHAPTER 13 BUSINESS CASE QUESTIONNAIRE

Local Bankruptcy Rule 1007-4 requires Chapter 13 debtors that are self-employed (including debtors acting as landlords), to complete and submit this Questionnaire to the Trustee along with all documents set forth in the Checklist which follows the signature page of the Questionnaire. You must answer all items in the Questionnaire. Use a separate page if additional room is needed, but be sure to reference the additional page next to the item you are answering. All information must be complete and organized. Failure to provide detailed and accurate information may result in the Trustee filing a motion to dismiss your case.

- You must send this completed Questionnaire along with all required attachments to Ronda J. Winnecour, Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219 so that it reaches the Trustee at least fourteen (14) days prior to your first scheduled meeting of creditors. If you fail to do so, the Trustee may require your appearance at an additional meeting or file a motion to dismiss your case.
- Do not file this Questionnaire with the Clerk of the Bankruptcy Court.
- The Questionnaire must be dated.
- The Questionnaire must contain the original signature of all debtors in the case.
- A copy of the Questionnaire should be kept by the debtor for future reference.
- If you have questions concerning this Questionnaire, please contact your attorney.

Debtor (s)' Name(s) _Andrew J. Feight_

Chapter 13 Case No. _1570770_

Name of Business _Feight Remodeling_

List all past names used by Business _only Feight Remodeling_

Location where business is operated _Everett, PA 15537    236 W 5th Ave_

Description of Business Activities/Type of Business _Construction / Remodeling_

What circumstances led you to file this bankruptcy? _Unable to catch up on back payments, financial strains, family medical emergencies_

PAWB Local Form 5  (07/13)                                                                                    Page 1of 9

How do you expect these circumstances to change so that you will be able to fund a Chapter 13 Plan? _____

_____ This plan allows us to make manageable monthly payments as to where we couldn't previously because we were behind on several bills _____

1.  Type of Business Organization, circle one:

    Corporation    (Sole Proprietorship)    Partnership    Other

    Has business ever been incorporated? _____ Yes    _X__ No

    Date business began   7-21-14 _____

    Federal ID number (if applicable) 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    State ID number 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

2.  If your business is a Partnership, please answer (a) to (c) below:

    (a) Names of Partners _____

    _____

    (b) Percentage of your ownership:    Debtor _____ %    Joint Debtor _____ %

    (c) Is there a written partnership agreement? _____ Yes    _____ No

    If yes, please include a copy of the agreement with this Questionnaire when you return it to the Trustee.

3.  If your business is a Corporation, please answer (a) to (g) below:

    (a) Who are the shareholders? _____

    _____

    (b) How many shares have been issued and are outstanding? _____

    (c) What is your percentage ownership?    Debtor _____ %    Joint Debtor _____ %

    (d) State of incorporation _____

    (e) Is the corporation in good standing with the Secretary of State? _____ Yes    _____ No

    If no, why not? _____

    _____

    _____

    (f) Fair Market Value of Corporate Assets, including going concern value $_____

    Basis of value _____

    (g) Amount of Corporate Debts $_____

4.  Is the business cyclical?  _X__ Yes    _____ No

    If yes, when is the busy season? _Spring through fall_____

    If yes, when is the slow season? _winter (try to schedule inside work though)_

5.　　　　　　　　　　　Do you have an accountant or bookkeeper? ___X___ Yes _____ No

If yes, please provide the name, address and phone number of this individual _814-623-9510_

_Ritchey, Ritchey, & Koontz  336 East Pitt Street  Bedford PA 15522_

Do you understand that you are required to file monthly operating reports with the Court and serve the Trustee with a copy by the 15th of each month that you are in bankruptcy? ___X___ Yes _____ No

6.　　　　Are all tax returns which should have been filed to this point in time filed? ___X___ Yes _____ No

If no, list years that are delinquent, type of return owed, and entity to which return is owed:

Year　　　　　Entity(s) and Type of Return Due

_____　　_____

_____　　_____

_____　　_____

_____　　_____

_____　　_____

Do you understand that while you are in Chapter 13, you are individually responsible for keeping current with all of your post-petition business as well as personal tax obligations? ___X___ Yes _____ No

Do you understand that the Court in this District has entered a General Order which requires all delinquent tax returns to be filed within sixty (60) days from the date that you filed your bankruptcy case?

_____X_____ Yes _____ No

7.　　　　Have you filed estimated quarterly income tax returns with the IRS? _____ Yes ___X___ No

If yes, please provide copies of the last three (3) estimated returns filed, with proof of payment.

If no, explain why not _I haven't done enough business in the past to have to do quarterlies, our accountant said there was no reason to at this point_

8.　　　　Does the business have employees? _____ Yes ___X___ No

If yes, how many? _____ Are any of these persons related to you? _____ Yes _____ No

Does the business withhold from their wages? _____ Yes _____ No

If yes, where do you deposit the withholdings and how often?

　　　　　i. _____

　　　　　ii. _____

　　　　Please provide copies of proof of payment of employee withholding taxes for the three (3) months prior to the month that your case was filed.

Do you understand that you must keep the withholding funds separate from your general operating funds?
_____ Yes _____ No

If you do not withhold, how are the employees compensated? _____

_____

Do you have subcontractors? _____ Yes _____ X _____ No

Are 1099s issued? _____ Yes _____ No

9.  Is your business required to collect sales tax? _____ Yes _____ X _____ No

If yes, has your business collected and remitted sales taxes on a regular basis? _____ Yes _____ No

If no, explain why _____ I am only charging customers for labor
that I perform for them, all materials I purchase they reimburse
me for.
Do you understand that you must keep the sales tax funds separate from your general operating funds?
_____ X _____ Yes _____ No

Please provide copies of proof of payment of sales taxes for three (3) months prior to the month your case
was filed.

10.  Are you leasing office space? _____ Yes _____ X _____ No

If yes, answer (a) to (e) below:

(a) Address of Property _____

_____

(b) Landlord's Name and Address

_____

_____

(c) Monthly Rental Payment $_____

(d) Term of lease _____

(e) Do you wish to continue the lease? _____ Yes _____ No

11.  Does the business lease business equipment or autos? _____ Yes _____ X _____ No

If yes, answer (a) to (e) below:

(a) Description of leased/rented items? _____

_____

(b) Person or entity's name and address from which items are rented or leased _____

_____

_____

(c) Payment terms _____

(d) Term of lease _____

(e) Do you wish to continue the lease? _____ Yes _____ No

12. Does the business have any outstanding contracts? _____ Yes ___X___ No

If yes, please describe _____

_____

13. If you rent real property owned by you to others, please complete the following:

| Address of Tenant | Date Lease Began | Date Lease Ends | Amount of Monthly Rent |
|---|---|---|---|
| Business 36 E Main St. | unsure when we bought the building | unended | $500.00 |
| Apartment 36 E Main St Rear | — unrented — not currently taking applications for apartment | | $600 |

14. Is the business required to have any business licenses or permits? ___X___ Yes _____ No

If yes, please list: PA Contractors License # PA110208

_____

If yes, are licenses/permits current? ___X___ Yes _____ No

15. Does the business carry the following insurance policies?

Commercial Liability? _____ Yes _X_ No    Policy No. _____    Exp. Date _____

Workmans Compensation? _____ Yes _X_ No    Policy No. _____    Exp. Date _____

Fire Building? _____ Yes _X_ No    Policy No. _____    Exp. Date _____

Fire Contents? _____ Yes _X_ No    Policy No. _____    Exp. Date _____

Automobile Coverage? _____ Yes _X_ No    Policy No. _____    Exp. Date _____

Liquor liability? _____ Yes _X_ No    Policy No. _____    Exp. Date _____

List Others Small Contractors Policy (Policy No. SCP97271) Exp. Date 7/21/17

Are all policies current? _X_ Yes _____ No

List insurance agency(s) Harry A Snyder Insurance, Inc.
103 North Spring St., P.O. Box 278, Everett, PA 15537   814-652-9193

Do you know that in order to continue the operation of your business, it is your responsibility to obtain and maintain comprehensive liability insurance for the operation for your business?

_____X_____ Yes       _____ No

16.    Does the business keep inventory on hand? _____ Yes      ___X___ No

If yes, what would you estimate the market value of your inventory to be? $_____

When was the last physical count of your inventory? _____

What was the value of the inventory at that time? $_____

            Please provide a list of your inventory.

17.    What is the balance of the business accounts receivable? $_____∅_____

What amount of the receivables is reasonably collectible? $_____∅_____

Please provide a copy of your accounts receivable ledger.

Have you pledged your receivables, rents, profits, or other cash as collateral for any loans?

_____ Yes       _____ No

If yes, please identify _____

Do you understand that if you have borrowed money from any creditor and as security or collateral for the loan you have pledged accounts receivables, rents, or other cash, you may not use the accounts receivables, rents or cash without express written consent from the Creditor, or an order from the Bankruptcy Court allowing the use? ___X___ Yes       _____ No

18.    If you were to buy your business today, how much would you pay for it? $ 12,000.⁰⁰_____

            I/We declare under penalty of perjury that the foregoing statement of information is true and correct to the best of my/our knowledge, information, and belief.

Dated: __11-6-16_____          _____

                                                              Debtor's signature

                                                              _____

                                                              Joint Debtor's signature

## CHECKLIST OF DOCUMENTS
## THAT MUST BE RETURNED WITH YOUR QUESTIONNAIRE

You must send <u>copies</u> of the following documents to Ronda J. Winnecour, the Trustee, along with your completed Questionnaire within fifteen (15) days before the first scheduled § 341 meeting date. Failure to do so may cause the Trustee to require your attendance at an additional meeting or file a motion to dismiss your case.

_____ Operating statements showing income and expenses for the business for the twelve (12) months prior to the time of filing your bankruptcy case.

_____ Bank statements for all accounts for the twelve (12) months prior to the time of filing your bankruptcy case.

_____ Federal income tax returns with all accompanying schedules for the two (2) years prior to filing your bankruptcy case.

_____ State income tax returns with all accompanying schedules for the two (2) years prior to filing your bankruptcy case.

_____ Appraisals or other third party valuations of real estate, equipment, inventories and other business property listed in your bankruptcy schedules.

_____ Financial statements furnished to third parties such as banks and trade creditors within the two (2) years prior to filing your bankruptcy case, including but not limited to the balance sheet, income statement and cash flow statement.

_____ Current schedule of accounts receivable and accounts payable.

_____ Current insurance policies that cover the assets listed in your bankruptcy schedules.

_____ The business's check register for the three (3) months prior to filing your bankruptcy case.

_____ If your business has employees, proof of payment of employee withholding taxes for the three (3) months prior to the month your case was filed.

_____ If your business is required to collect and remit sales taxes, proof of payment of sales taxes for the three (3) months prior to the month your case was filed.

_____ The last three (3) federal quarterly income tax returns with proof of payment.

_____ Any partnership agreement that exists.

_____ List of your inventory and equipment.

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name __Andrew J Feight D.B.A Feight Remodeling__

Case No. __1570770__

Month __October__                   Year __2016__

Gross receipts for month:                          __5425.00__

(If more than one source, list each)              __1423.03__

                                                   __1500__

TOTAL GROSS RECEIPTS: $ __8348.03__

Business expenses paid:

| Description | Amount |
|---|---|
| Andrew Kantz - Helper | 290.00 |
| YBC - Siding Materials | 552.80 |
| Kauffman Metals - Roofing materials | 4,507.14 |
| Alliance Wholesale - Roofing materials | 237.02 |
| YBC - Roofing materials | 20.09 |
| Kauffman Metals - Roofing materials | 39.21 |
| Jace Feight - Reimbursement | 1423.03 |
| Meals | 90.22 |
| Supplies | 171.31 |
| Truck Oil Change | 37.62 |
| Truck Payment | 130.00 |
| Andrew Feight - Pay | 2000.00 |

TOTAL EXPENSES: $ __9,498.44__

NET PROFIT OR (LOSS) FOR MONTH: $ __-$1,150.41__

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

PAWB Local Form 5  (07/13)                                          Page 8 of 9

## BANKRUPTCY RULE 2015 AND SECTION 1304(c)
## DUTY OF CHAPTER 13 DEBTORS ENGAGED IN A BUSINESS
## TO KEEP RECORDS, MAKE REPORTS AND GIVE NOTICE OF CASE

Bankruptcy Rule 2015 and Section 1304(c) of the Bankruptcy Code requires debtors engaged in business that file a Chapter 13 bankruptcy petition to:

- Keep a record of receipts and the disposition of money and property received.

- File with the Court, the Trustee, and with any governmental unit charged with responsibility for collection or determination of any tax arising out of such operation, periodic reports and summaries of the operation of the business, including a statement of receipts and disbursements, which shall include a statement, if payments are made to employees, or the amounts of deductions for all taxes required to be withheld or paid for on behalf of employees and the place where these amounts are deposited.

- As soon as possible after the commencement of the case, give notice of the case to every entity known to be holding money or property subject to withdrawal, including every bank, savings or buildings and loan association, public utility company, and the landlord with whom the debtor has a deposit, and to every insurance company which has issued a policy having a cash surrender value payable to the debtor, except that notice need not be given to any entity who has knowledge or has previously been notified of the case.

FEIGHT REMODELING
Schedule of Accounts Receivable
& Payable

I currently have Ø Accounts Receivable
and Accounts Payable

11-7-16


Erie Insurance®

# Your Auto Policy Declarations (Continuation Notice)

Coverage provided by:

## Erie Insurance Exchange

100 Erie Insurance Place  Erie, PA  16530
www.erieinsurance.com

| Named Insured | Policy Number | Your ERIE Agent | Agent Phone |
|---|---|---|---|
| AMANDA L FEIGHT & | Q09 2709161 | BUCHER-WALLACE INS AGY INC | (814)652-6443 |
| ANDREW J FEIGHT | **Policy Period** | 24 N SPRING ST | |
| 236 W 5TH AVE | 09/27/2016 to 09/27/2017 | EVERETT, PA  15537-1160 | |
| EVERETT, PA  15537-9608 | **NAIC Code** | www.bucherwallaceinsurance.com | |
| | 26271 | | |

**Total Annual Policy Premium: (This is not a bill. Your invoice will follow in a separate mailing.)**                    **$980.00**

**Your premium is based on Good Driver rates.**

**YOUR COLLISION COVERAGE AND DEDUCTIBLE APPLY TO PRIVATE PASSENGER AUTOS YOU OR A RESIDENT RELATIVE RENT FOR 45 DAYS OR LESS. THIS IS SUBJECT TO LIMITATIONS, TERMS AND CONDITIONS IN THE POLICY.**

### Vehicles Covered:                         Vehicle Rating Information:

| Vehicle | VIN | State | Use | Annual miles |
|---|---|---|---|---|
| 1. 2007 CHEV TAHOE 4WD | 1GNFK13047R178996 | PA | To work < 6 | 8,501 or greater |
| 2. 2006 CHEV SILVERADO | 1GCEK19Z86Z260612 | PA | Business | up to 12,500 |

### Driver Rating Information:

| Drivers Included | Age | Status | Gender | Vehicle |
|---|---|---|---|---|
| ANDREW J FEIGHT | 37 | Married | Male | 2 |
| AMANDA L FEIGHT | 37 | Married | Female | 1 |

If a driver is not a resident relative as defined in your policy, coverages, benefits and rights may be limited. Refer to your policy and its endorsements for terms, definitions, limitations, reductions, exclusions and conditions.

RATE PROTECTION ENDORSEMENT APPLIES

| Discounts that apply: | Vehicle: |
|---|---|
| Anti-Lock Brake Discount | 1, 2 |
| Anti-Theft Discount/Alarm | 1, 2 |
| Multi-Car Discount | 1, 2 |
| Multi-Policy Discount - Auto/Home/Life | 1, 2 |
| Passive Restraint Discount/Dual Airbags | 2 |
| Passive Restraint Discount/Multiple Airbags | 1 |
| Prior Bodily Injury Limits Discount | 1, 2 |
| Safe Driver Discount | 1, 2 |

Thank you for being a responsible driver. The Safe Driver Discount has been applied to your policy premium.
First Accident Forgiveness applies to your policy. The first surcharge for a future at-fault accident will be waived.

### Coverages/Limits of Protection/Premiums

Insurance is provided where a premium is shown for the coverage. Coverages, limits and annual premiums are as follows:
The **Limited Tort** Option applies to all private passenger vehicles.



## Hometown BANK

P.O. Box 652

Bedford, PA 15522
(814) 623-6093

 EQUAL HOUSING LENDER

 FDIC

329539
Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| Date  10/30/15 | Page      1 |
|---|---|
| Account Number | 22005342 |
| Enclosures | 10 |

## SUMMARY OF ACCOUNTS

| Account No. | Type of Account | Current Balance |
|---|---|---|
| 22005342 | Small Business Checking | 512.02 |
| 21026349 | Free Checking | 905.18 |

## CHECKING ACCOUNTS

| Small Business Checking | | Number of Enclosures | 10 |
|---|---|---|---|
| Account Number | 22005342 | Statement Dates 10/01/15 thru 10/31/15 | |
| Previous Balance | 187.54 | Days in the statement period | 31 |
| 8 Deposits/Credits | 14,805.25 | Average Ledger | 2,162 |
| 85 Checks/Debits | 14,480.77 | Average Collected | 1,927 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 512.02 | | |



| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $30.00 |
| Return item fees | $.00 | $.00 |

## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/02 | DDA REGULAR DEPOSIT | 1,271.25 |
| 10/06 | DDA REGULAR DEPOSIT | 830.00 |
| 10/07 | DDA REGULAR DEPOSIT | 180.00 |
| 10/08 | DDA REGULAR DEPOSIT | 410.00 |
| 10/15 | DDA REGULAR DEPOSIT | 350.00 |
| 10/16 | DDA REGULAR DEPOSIT | 356.00 |
| 10/23 | DDA REGULAR DEPOSIT | 250.00 |
| 10/23 | DDA REGULAR DEPOSIT | 11,158.00 |






Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| Date   10/30/15 | Page    2 |
|---|---|
| Account Number | 22005342 |
| Enclosures | 10 |

Small Business Checking          22005342   (Continued)



## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/01 | D/C SET 04:22 10/01/15 3498522<br>SHEETZ           00000232<br>EVERETT      PA<br>Card # 7183 | 1.69 |
| 10/01 | D/C SET 04:22 10/01/15 8498523<br>SHEETZ           00000232<br>EVERETT      PA<br>Card # 7183 | 4.86 |
| 10/01 | D/C SET 00:50 10/01/15 8002998<br>HEARTFELT FLOWERS<br>EVERETT      PA<br>Card # 7183 | 42.40 |
| 10/02 | D/C SET 21:48 10/01/15 2158146<br>EVERETT PHARMACY<br>EVERETT      PA<br>Card # 7183 | 19.75 |
| 10/02 | D/C SET 22:14 10/01/15 0889274<br>SUNOCO 0428639901<br>HOPEWELL     PA<br>Card # 7183 | 40.00 |
| 10/02 | CHECK CHGS MAIN STREET CHKS<br>1631201384         10/02/15<br>ID #<br>TRACE #-062006509072318 | 18.56 |
| 10/05 | D/C SET 02:15 10/05/15 4207499<br>BURGER KING #3142<br>BEDFORD      PA<br>Card # 7183 | 5.30 |
| 10/05 | D/C SET 04:17 10/05/15 9498559<br>SHEETZ           00000232<br>EVERETT      PA<br>Card # 7183 | 8.53 |
| 10/05 | D/C SET 04:34 10/03/15 8498543<br>SHEETZ           00000232<br>EVERETT      PA<br>Card # 7183 | 9.71 |
| 10/05 | D/C SET 04:34 10/03/15 8498550<br>SHEETZ           00000232 | 11.94 |






Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| Date  10/30/15 | Page    4 |
| Account Number | 22005342 |
| Enclosures | 10 |

Small Business Checking        22005342   (Continued)

## Checks and Withdrawals



| Date | Description | Amount |
|------|-------------|--------|
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/07 | D/C SET 04:21 10/07/15 7498577 | 4.65 |
|  | SHEETZ         00000232 | |
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/07 | D/C SET 04:21 10/07/15 8498579 | 6.13 |
|  | SHEETZ         00000232 | |
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/07 | D/C SET 01:03 10/07/15 8207908 | 16.92 |
|  | YBC-EVERETT | |
|  | 8146522145    PA | |
|  | Card # 7183 | |
| 10/07 | D/C SET 05:23 10/07/15 4400109 | 33.93 |
|  | ZIMMERMAN S HARDWARE | |
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/08 | D/C SET 02:57 10/08/15 0200688 | 26.98 |
|  | BRITE SPOT PIZZA | |
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/08 | D/C SET 12:11 10/08/15 5378000 | 33.74 |
|  | EXXONMOBIL     48033831 | |
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/09 | D/C SET 04:19 10/09/15 8498598 | 4.01 |
|  | SHEETZ         00002253 | |
|  | BREEZEWOOD     PA | |
|  | Card # 7183 | |
| 10/09 | D/C SET 21:31 10/08/15 9889281 | 4.60 |
|  | SUNOCO 0428639901 | |
|  | HOPEWELL       PA | |
|  | Card # 7183 | |
| 10/09 | D/C SET 04:19 10/09/15 7498594 | 9.30 |
|  | SHEETZ         00000232 | |
|  | EVERETT        PA | |
|  | Card # 7183 | |
| 10/13 | POS DEB 22:10 10/12/15 4783509 | 6.27 |
|  | Wal-Mart Store | |

MEMBER FDIC



 



Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| | |
|---|---|
| Date  10/30/15 | Page      6 |
| Account Number | 22005342 |
| Enclosures | 10 |

Small Business Checking          22005342   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| | ALTOONA        PA | |
| | Card # 7183 | |
| 10/13 | D/C SET 03:51 10/11/15 3400076 | 135.36 |
| | WAL-MART #1684 | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/13 | ATM W/D 11:32 10/12/15 0961 | 90.00 |
| | 306 W MAIN | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/13 | D/C SET 03:11 10/10/15 9400803 | 10.59 |
| | MICROSOFT    *XBOXLIVE | |
| | 800-469-9269 WA | |
| | Card # 7183 | |
| 10/14 | Xfer to Free Chk        0001 | 100.00 |
| 10/14 | D/C SET 04:21 10/14/15 3498646 | 30.01 |
| | SHEETZ         00000232 | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/14 | POS DEB 11:49 10/14/15 0835739 | 30.36 |
| | WAL-MART #1684 | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/14 | D/C SET 01:07 10/14/15 6207908 | 54.59 |
| | YBC-EVERETT | |
| | 8146522145     PA | |
| | Card # 7183 | |
| 10/19 | D/C SET 04:19 10/17/15 0498669 | 10.78 |
| | SHEETZ         00000232 | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/19 | D/C SET 06:45 10/18/15 2720005 | 12.99 |
| | EVERETT IGA | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/19 | D/C SET 04:57 10/19/15 5720047 | 13.11 |
| | MCDONALD S F12238 | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 10/19 | D/C SET 06:46 10/18/15 0720005 | 22.88 |
| | EVERETT IGA | |



 



Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| | |
|---|---|
| Date   10/30/15      Page      8 | |
| Account Number          22005342 | |
| Enclosures                     10 | |

Small Business Checking          22005342   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| | EVERETT       PA | |
| | Card # 7183 | |
| 10/26 | D/C SET 04:21 10/24/15 6498734 | 11.74 |
| | SHEETZ        00000232 | |
| | EVERETT       PA | |
| | Card # 7183 | |
| 10/26 | D/C SET 12:44 10/25/15 6498750 | 26.25 |
| | SHEETZ        00000232 | |
| | EVERETT       PA | |
| | Card # 7183 | |
| 10/26 | D/C SET 01:07 10/24/15 9207908 | 35.69 |
| | YBC-EVERETT | |
| | 8146522145    PA | |
| | Card # 7183 | |
| 10/27 | D/C SET 04:16 10/27/15 5498762 | 8.06 |
| | SHEETZ        00004960 | |
| | JOHNSTOWN     PA | |
| | Card # 7183 | |
| 10/27 | D/C SET 05:08 10/27/15 2720047 | 10.99 |
| | MCDONALD S F12238 | |
| | EVERETT       PA | |
| | Card # 7183 | |
| 10/27 | D/C SET 01:05 10/27/15 5207908 | 27.54 |
| | YBC-EVERETT | |
| | 8146522145    PA | |
| | Card # 7183 | |
| 10/28 | D/C SET 05:24 10/28/15 6498770 | 4.68 |
| | SHEETZ        00000232 | |
| | EVERETT       PA | |
| | Card # 7183 | |
| 10/28 | D/C SET 22:54 10/27/15 7710024 | 57.60 |
| | WEIS MARKETS #140 S | |
| | EVERETT       PA | |
| | Card # 7183 | |
| 10/28 | D/C SET 01:07 10/28/15 8207908 | 99.53 |
| | YBC-EVERETT | |
| | 8146522145    PA | |
| | Card # 7183 | |
| 10/29 | D/C SET 04:39 10/29/15 2498779 | 30.00 |
| | SHEETZ        00000232 | |

Hometown BANK

FEIGHT REMODELING                     03131/9045    CHK#    107
236 W 5TH AVE
EVERETT, PA 15537-9608
                                      OCTOBER 26, 2015
Pay to the
ORDER OF    UNITED COLLECTION BUR INC          $*****497.11

************FOUR HUNDRED NINETY-SEVEN AND ELEVEN HUNDREDTHS***** DOLLARS

HOMETOWN BANK OF PENNSYLVANIA
BEDFORD, PA 15522
For PD3176/7-8/REDUCE-ANDREW FEIGHT              SIGNATURE PREAUTHORIZED
This Check authorized by your depositor, for info call: 419-866-6277   Authorized Signature of Payee

⑈0313190⑈5⑈ 2200534 2⑈

**Check 0 Amount $497.11 Date 10/28/2015**

---

ANDREW J FEIGHT                              000504
236 West Fifth Avenue
Everett, PA 15537                    DATE 10-5-15
Pay to the
ORDER OF    SAC, Inc                      $ 500. 00

Five hundred and 00/100                       DOLLARS

MEMO  Heating Fuel         Andrew J Feight

⑈0313190⑈5⑈ 2200534 2⑈0504

**Check 504 Amount $500.00 Date 10/9/2015**

---

Feight Remodeling                            1073
Andy Feight                          60-1904/313
814-494-7444
                                      9-17-15
                                         DATE
Pay to the
ORDER OF   Renaissance - EAAEAE         $ 96.00

Ninety six and 00/100                         DOLLARS

www.hometownbankpa.com
BANK
MEMO  Carla W Daugh

⑈0313190⑈5⑈ 2200534 2⑈ 1073

**Check 1073 Amount $96.00 Date 10/8/2015**

---

Feight Remodeling                            1075
Andy Feight                          60-1904/313
814-494-7444
                                      9-23-15
                                         DATE
Pay to the
ORDER OF   Brecewood Transit            $ 18.00

Eighteen and 00/100                           DOLLARS

www.hometownbankpa.com
BANK
MEMO

⑈0313190⑈5⑈ 2200534 2⑈ 1075

**Check 1075 Amount $18.00 Date 10/1/2015**

---

Feight Remodeling                            1076
Andy Feight                          60-1904/313
814-494-7444
                                      Oct. 8th 2015
                                         DATE
Pay to the
ORDER OF   Bucher-Wallace Inc.          $ 178.50

One hundred seventy eight and 50/100          DOLLARS

BANK
MEMO

⑈0313190⑈5⑈ 2200534 2⑈ 1076

**Check 1076 Amount $178.50 Date 10/9/2015**

---

Feight Remodeling                            1077
Andy Feight                          60-1904/313
814-494-7444
                                      10/9/15
                                         DATE
Pay to the
ORDER OF   William Garage               $ 40.81

Forty and 81/100                              DOLLARS

www.hometownbankpa.com
BANK
MEMO  PA Inspection & bulb

⑈0313190⑈5⑈ 2200534 2⑈ 1077

**Check 1077 Amount $40.81 Date 10/26/2015**

---

Feight Remodeling                            1078
Andy Feight                          60-1904/313
814-494-7444
                                      10/12/15
                                         DATE
Pay to the
ORDER OF   Safe Harbor                  $ 50.00

Fifty and 00/100                              DOLLARS

www.hometownbankpa.com
BANK
MEMO

⑈0313190⑈5⑈ 2200534 2⑈ 1078

**Check 1078 Amount $50.00 Date 10/27/2015**

---

Feight Remodeling                            1079
Andy Feight                          60-1904/313
814-494-7444
                                      10/12/15
                                         DATE
Pay to the
ORDER OF   B & R Garage                 $ 347.47

Three hundred forty seven and 47/100          DOLLARS

www.hometownbankpa.com
BANK
MEMO

⑈0313190⑈5⑈ 2200534 2⑈ 1079

**Check 1079 Amount $347.47 Date 10/16/2015**

---

Feight Remodeling                            1080
Andy Feight                          60-1904/313
814-494-7444
                                      Oct. 23, 2015
                                         DATE
Pay to the
ORDER OF   YBC                          $ 324.32

Three hundred twenty four and 32/100          DOLLARS

www.hometownbankpa.com
BANK
MEMO  Haslbail  Return

⑈0313190⑈5⑈ 2200534 2⑈ 1080

**Check 1080 Amount $324.32 Date 10/27/2015**

---

Feight Remodeling                            1081
Andy Feight                          60-1904/313
814-494-7444
                                      Oct. 23, 2015
                                         DATE
Pay to the
ORDER OF   YBC                          $ 8253.64

Eight thousand two hundred fifty-three and 64/100   DOLLARS

www.hometownbankpa.com
BANK
MEMO  Steed House

⑈0313190⑈5⑈ 2200534 2⑈ 1081

**Check 1081 Amount $8,253.64 Date 10/27/2015**

*01670003400106000*



P.O. Box 652

Bedford, PA 15522

(814) 623-6093



EQUAL HOUSING LENDER



324205
Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| Date   9/30/15 | Page      1 |
|---|---|
| Account Number | 22005342 |
| Enclosures | 5 |

## SUMMARY OF ACCOUNTS

| Account No. | Type of Account | Current Balance |
|---|---|---|
| 22005342 | Small Business Checking | 187.54 |
| 21026349 | Free Checking | 869.86 |

## CHECKING ACCOUNTS

| Small Business Checking | | Number of Enclosures | 5 |
|---|---|---|---|
| Account Number | 22005342 | Statement Dates  9/01/15 thru  9/30/15 | |
| Previous Balance | 441.07 | Days in the statement period | 30 |
| 5 Deposits/Credits | 11,111.37 | Average Ledger | 2,175 |
| 74 Checks/Debits | 11,364.90 | Average Collected | 2,044 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 187.54 | | |



| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $30.00 |
| Return item fees | $.00 | $.00 |

## Deposits and Additions

| Date | Description | | Amount |
|---|---|---|---|
| 9/01 | DDA REGULAR DEPOSIT | | 2,000.00 |
| 9/17 | DDA REGULAR DEPOSIT | | 1,761.37 |
| 9/23 | DDA REGULAR DEPOSIT | | 4,750.00 |
| 9/25 | DDA REGULAR DEPOSIT | | 1,600.00 |
| 9/28 | Xfer from Free Chk | 0001 | 1,000.00 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



 

Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| Date    9/30/15 | Page    2 |
|---|---|
| Account Number | 22005342 |
| Enclosures | 5 |

Small Business Checking          22005342  (Continued)



## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 9/01 | D/C SET 04:25 09/01/15 7498252<br>SHEETZ          00000232<br>EVERETT     PA<br>Card # 7183 | 11.84 |
| 9/02 | D/C SET 04:32 09/02/15 6498260<br>SHEETZ          00000232<br>EVERETT     PA<br>Card # 7183 | 5.93 |
| 9/02 | D/C SET 04:32 09/02/15 5498267<br>SHEETZ          00000232<br>EVERETT     PA<br>Card # 7183 | 10.44 |
| 9/02 | D/C SET 04:32 09/02/15 5498266<br>SHEETZ          00000232<br>EVERETT     PA<br>Card # 7183 | 20.40 |
| 9/02 | D/C SET 05:18 09/02/15 5400101<br>ZIMMERMAN S HARDWARE<br>EVERETT     PA<br>Card # 7183 | 28.04 |
| 9/03 | D/C SET 05:14 09/03/15 0400103<br>ZIMMERMAN S HARDWARE<br>EVERETT     PA<br>Card # 7183 | 13.76 |
| 9/03 | D/C SET 05:14 09/03/15 6400103<br>ZIMMERMAN S HARDWARE<br>EVERETT     PA<br>Card # 7183 | 18.72 |
| 9/04 | D/C SET 04:32 09/04/15 0498279<br>SHEETZ          00000281<br>BEDFORD     PA<br>Card # 7183 | 8.65 |
| 9/04 | POS DEB 20:40 09/03/15 0372324<br>WAL-MART #1684<br>EVERETT     PA<br>Card # 7183 | 37.22 |
| 9/04 | D/C SET 04:32 09/04/15 9498279<br>SHEETZ          00000281<br>BEDFORD     PA<br>Card # 7183 | 39.00 |
| 9/08 | Xfer to Free Chk          0001 | 1,000.00 |









Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| | | |
|---|---|---|
| Date    9/30/15 | Page | 4 |
| Account Number | | 22005342 |
| Enclosures | | 5 |

Small Business Checking          22005342   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 9/10 | D/C SET 05:07 09/10/15 3400273<br>MSFT   *XBOX LIVE<br>800-469-9269 NV<br>Card # 7183 | 10.59 |
| 9/11 | D/C SET 05:21 09/11/15 6400105<br>ZIMMERMAN S HARDWARE<br>EVERETT      PA<br>Card # 7183 | 14.92 |
| 9/11 | ATM W/D 12:32 09/11/15 2587<br>306 W MAIN<br>EVERETT      PA<br>Card # 7183 | 80.00 |
| 9/14 | D/C SET 12:49 09/13/15 5498362<br>SHEETZ       00000232<br>EVERETT      PA<br>Card # 7183 | 8.82 |
| 9/14 | D/C SET 05:17 09/12/15 5400107<br>ZIMMERMAN S HARDWARE<br>EVERETT      PA<br>Card # 7183 | 113.42 |
| 9/15 | D/C SET 04:21 09/15/15 7498383<br>SHEETZ       00000281<br>BEDFORD      PA<br>Card # 7183 | 44.00 |
| 9/16 | D/C SET 05:14 09/16/15 5400103<br>ZIMMERMAN S HARDWARE<br>EVERETT      PA<br>Card # 7183 | 21.92 |
| 9/16 | D/C SET 04:19 09/16/15 0498393<br>SHEETZ       00000232<br>EVERETT      PA<br>Card # 7183 | 25.29 |
| 9/18 | D/C SET 05:12 09/18/15 7400107<br>ZIMMERMAN S HARDWARE<br>EVERETT      PA<br>Card # 7183 | 84.79 |
| 9/21 | D/C SET 04:21 09/19/15 7498414<br>SHEETZ       00000281<br>BEDFORD      PA<br>Card # 7183 | 8.82 |



 



Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| | |
|---|---|
| Date   9/30/15 | Page    6 |
| Account Number | 22005342 |
| Enclosures | 5 |

Small Business Checking          22005342   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 9/22 | D/C SET 05:10 09/22/15 8400103<br>ZIMMERMAN S HARDWARE<br>EVERETT      PA<br>Card # 7183 | 113.40 |
| 9/23 | D/C SET 04:32 09/23/15 5498451<br>SHEETZ        00000232<br>EVERETT      PA<br>Card # 7183 | 3.76 |
| 9/23 | D/C SET 23:08 09/22/15 7710024<br>WEIS MARKETS #140 S<br>EVERETT      PA<br>Card # 7183 | 11.11 |
| 9/23 | D/C SET 03:14 09/23/15 1200000<br>BEST WAY PIZZA<br>EVERETT      PA<br>Card # 7183 | 13.25 |
| 9/23 | D/C SET 04:32 09/23/15 6498458<br>SHEETZ        00000232<br>EVERETT      PA<br>Card # 7183 | 22.17 |
| 9/24 | D/C SET 00:04 09/24/15 8300187<br>WENDYS BEDFORD #36<br>BEDFORD      PA<br>Card # 7183 | 31.29 |
| 9/24 | D/C SET 02:18 09/24/15 0207908<br>YBC-EVERETT<br>8146522145     PA<br>Card # 7183 | 40.49 |
| 9/24 | ATM W/D 18:25 09/23/15 3429<br>306 W MAIN<br>EVERETT      PA<br>Card # 7183 | 50.00 |
| 9/25 | Xfer to Free Chk        0001 | 1,200.00 |
| 9/25 | Xfer to Free Chk        0001 | 1,000.00 |
| 9/25 | D/C SET 05:29 09/25/15 5498469<br>SHEETZ        00000232<br>EVERETT      PA<br>Card # 7183 | 7.20 |
| 9/25 | D/C SET 23:03 09/24/15 9710026<br>WEIS MARKETS #140 S | 23.15 |








Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

| | | | |
|---|---|---|---|
| Date | 9/30/15 | Page | 8 |
| Account Number | | | 22005342 |
| Enclosures | | | 5 |

Small Business Checking        22005342   (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| | EVERETT        PA | |
| | Card # 7183 | |
| 9/29 | D/C SET 05:00 09/29/15 2400105 | 34.32 |
| | ZIMMERMAN S HARDWARE | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 9/29 | D/C SET 00:32 09/29/15 1004091 | 82.94 |
| | DISH NETWORK-ONE TIME | |
| | 800-894-9131 CO | |
| | Card # 7183 | |
| 9/29 | DDA DEBIT MEMO | 700.00 |
| 9/30 | D/C SET 04:18 09/30/15 1498516 | 1.89 |
| | SHEETZ         00000232 | |
| | EVERETT        PA | |
| | Card # 7183 | |
| 9/30 | D/C SET 01:58 09/30/15 5207499 | 8.23 |
| | BURGER KING #3142 | |
| | BEDFORD        PA | |
| | Card # 7183 | |
| 9/30 | D/C SET 01:32 09/30/15 1000321 | 20.00 |
| | UPMC COMMUNITY MEDICIN | |
| | PITTSBURGH     PA | |
| | Card # 7183 | |

## Checks in Serial Number Order

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 9/30 | | 497.00 | 9/14 | 1072 | 200.00 |
| 9/04 | 1071* | 30.00 | 9/28 | 1074* | 3,490.11 |

*Indicates Skip in Check Number

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/01 | 2,429.23 | 9/09 | 937.44 | 9/16 | 411.94 |
| 9/02 | 2,364.42 | 9/10 | 920.31 | 9/17 | 2,173.31 |
| 9/03 | 2,331.94 | 9/11 | 825.39 | 9/18 | 2,088.52 |
| 9/04 | 2,217.07 | 9/14 | 503.15 | 9/21 | 1,658.01 |
| 9/08 | 971.02 | 9/15 | 459.15 | 9/22 | 1,337.29 |



Page:    10 of 10
Primary Account: 22005342

RECEIVED FROM
HOMETOWN BANK OF PENNSYLVANIA

CHECKING WITHDRAWAL

ACCOUNT NUMBER

DATE 9/09/15

22005342

AMOUNT Seven hundred and 00/100                    DOLLARS

SIGNATURE Andrew Feight

AMOUNT OF WITHDRAWAL

$ 700.00

Check 0 Amount $700.00 Date 9/29/2015

---

FEIGHT REMODELING          03131/9045   CHK#   106
236 W 5TH AVE
EVERETT, PA 15537-9608
                                    SEPTEMBER 28 2015

Pay to the UNITED COLLECTION BUR INC        $******497.00
Order of

                    FOUR HUNDRED NINETY-SEVEN AND NO HUNDREDTHS        Dollars

HOMETOWN BANK OF PENNSYLVANIA
BEDFORD, PA 15522                    SIGNATURE  PREAUTHORIZED
For 70531947-PSCDUC2-ANDREW FEIGHT        Authorized Signature of Payee
This check authorized by your depositor, for info call: 479-880-8627

Check 0 Amount $497.00 Date 9/30/2015

---

Feight Remodeling                          1071
Andy Feight                           60-1904/313
814-494-7444

                              8/25/15  DATE

PAY TO THE
ORDER OF  Kim Payne              $ 30.00

Thirty and 0/100                  DOLLARS

www.hometownbankpa.com

MEMO

Check 1071 Amount $30.00 Date 9/4/2015

---

Feight Remodeling                          1072
Andy Feight                           60-1904/313
814-494-7444

                              9-11-15  DATE

PAY TO THE
ORDER OF  Susquehanna              $ 200.—

Two hundred and 00/100                  DOLLARS

www.hometownbankpa.com

MEMO Loan# 1008256074

Check 1072 Amount $200.00 Date 9/14/2015

---

Feight Remodeling                          1074
Andy Feight                           60-1904/313
814-494-7444

                              9-23-15  DATE

PAY TO THE
ORDER OF  YBC              $ 3,490.11

Three thousand four hundred ninety and 11/100        DOLLARS

www.hometownbankpa.com

MEMO DeBlaugh

Check 1074 Amount $3,490.11 Date 9/28/2015



```
        Andrew J Feight                      Date  8/31/15    Page   1
        DBA Feight Remodeling                Account Number     22005342
        236 West Fifth Avenue                Enclosures                6
        Everett PA  15537
```

******************************************************************

```
              S U M M A R Y  O F  A C C O U N T S
Account No.      Type of Account              Current Balance
22005342         Small Business Checking              441.07
21026349         Free Checking                      1,059.81

            ---- CHECKING ACCOUNTS ----

Small Business Checking              Number of Enclosures            6
Account Number           22005342    Statement Dates  8/01/15 thru  8/31/15
Previous Balance           973.64    Days in the statement period   31
   7 Deposits/Credits    4,654.39    Average Ledger              1,353
  60 Checks/Debits       5,186.96    Average Collected             998
Service Charge                 .00
Interest Paid                  .00
Ending Balance             441.07
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees | $.00 | $30.00 |
| Return item fees | $.00 | $.00 |

******************************************************************

```
Deposits and Additions
Date      Description                         Amount
8/07      DDA REGULAR DEPOSIT                 775.00
8/11      DDA REGULAR DEPOSIT                 654.00
8/13      VERIFYBANK PAYPAL                      .08
          PAYPALRD33        08/13/15
          ID #
          TRACE #-091000013475072
8/13      VERIFYBANK PAYPAL                      .13
          PAYPALRD33        08/13/15
```

```
Andrew J Feight                        Date   8/31/15    Page    2
DBA Feight Remodeling                  Account Number        22005342
236 West Fifth Avenue                  Enclosures                  6
Everett PA  15537
```

Small Business Checking          22005342  (Continued)

Deposits and Additions
```
Date      Description                        Amount
          ID #
          TRACE #-091000013475071
8/13      DDA REGULAR DEPOSIT                 551.00
8/18      DDA REGULAR DEPOSIT                 274.18
8/21      DDA REGULAR DEPOSIT               2,400.00
```

*****************************************************************************

Checks and Withdrawals
```
Date      Description                        Amount
8/03      D/C SET 04:08 08/03/15 6400000       8.66
          BEDFORD TRU VALUE
          BEDFORD      PA
          Card # 7183
8/03      D/C SET 10:07 08/01/15 3000292      40.00
          GET GO #3256
          LIGONIER     PA
          Card # 7183
8/03      D/C SET 01:10 08/02/15 4207426      66.00
          PA DRIVER/VEHICLE SERV
          800-932-4600 PA
          Card # 7183
8/03      D/C SET 04:37 08/02/15 8720006     168.63
          EVERETT IGA
          EVERETT      PA
          Card # 7183
8/04      D/C SET 04:11 08/04/15 4498991       5.81
          SHEETZ        00000281
          BEDFORD      PA
          Card # 7183
8/04      POS DEB 13:12 08/04/15 3850666       7.46
          LONG JOHN SILVER S
          BEDFORD      PA
          Card # 7183
8/04      D/C SET 04:10 08/04/15 0400000      21.39
          BEDFORD TRU VALUE
          BEDFORD      PA
          Card # 7183
8/04      D/C SET 04:15 08/04/15 0498993      50.00
          SHEETZ        00003525
```

```
Andrew J Feight                      Date   8/31/15    Page    3
DBA Feight Remodeling                Account Number      22005342
236 West Fifth Avenue                Enclosures                6
Everett PA  15537
```

Small Business Checking           22005342  (Continued)

Checks and withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/05 | D/C SET 04:13 08/05/15 9498000 | 4.02 |
|      | SHEETZ       00003525 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/06 | D/C SET 04:17 08/06/15 7498009 | 1.69 |
|      | SHEETZ       00000281 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/06 | D/C SET 05:21 08/06/15 2720005 | 11.26 |
|      | EVERETT IGA | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/06 | D/C SET 02:59 08/06/15 2200000 | 18.02 |
|      | BEST WAY PIZZA | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/07 | D/C SET 15:51 08/06/15 9900014 | 5.94 |
|      | GUYS HARDWARE | |
|      | MANNA CHOICE PA | |
|      | Card # 7183 | |
| 8/07 | D/C SET 04:11 08/07/15 3498018 | 13.31 |
|      | SHEETZ       00000232 | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/10 | D/C SET 04:23 08/08/15 4498027 | 5.91 |
|      | SHEETZ       00000281 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/10 | D/C SET 13:51 08/09/15 8498042 | 19.54 |
|      | SHEETZ       00000414 | |
|      | CUMBERLAND   MD | |
|      | Card # 7183 | |
| 8/10 | D/C SET 04:23 08/08/15 5498032 | 40.00 |
|      | SHEETZ       00000232 | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/10 | D/C SET 13:31 08/09/15 0100158 | 55.59 |
|      | DOLLAR GENERAL 15089 | |
```

```
         Andrew J Feight                      Date   8/31/15      Page    4
         DBA Feight Remodeling                Account Number        22005342
         236 West Fifth Avenue                Enclosures                  6
         Everett PA  15537
```

Small Business Checking           22005342   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | CUMBERLAND    MD | |
|      | Card # 7183 | |
| 8/12 | H/B DBP 22:11 08/11/15 8171254 | 101.88 |
|      | PAYPAL *GREENEDGEVE | |
|      | San Jose      CA | |
|      | Card # 7183 | |
| 8/13 | D/C SET 02:23 08/13/15 9600137 | 27.17 |
|      | WENDYS BEDFORD #36 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/13 | VERIFYBANK PAYPAL | .21 |
|      | PAYPALRD33          08/13/15 | |
|      | ID # | |
|      | TRACE #-091000013486054 | |
| 8/14 | D/C SET 01:10 08/14/15 0207908 | 48.40 |
|      | YBC-EVERETT | |
|      | 8146522145    PA | |
|      | Card # 7183 | |
| 8/14 | D/C SET 04:21 08/14/15 9498085 | 51.00 |
|      | SHEETZ       00000232 | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/18 | Xfer to Free Chk     0001 | 200.00 |
| 8/19 | D/C SET 05:25 08/19/15 5720005 | 29.24 |
|      | EVERETT IGA | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/19 | D/C SET 04:17 08/19/15 1498133 | 48.00 |
|      | SHEETZ       00000232 | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/20 | D/C SET 04:19 08/20/15 0498141 | 2.43 |
|      | SHEETZ       00000232 | |
|      | EVERETT      PA | |
|      | Card # 7183 | |
| 8/20 | D/C SET 04:19 08/20/15 4498148 | 3.88 |
|      | SHEETZ       00000216 | |
|      | JOHNSTOWN    PA | |
|      | Card # 7183 | |
| 8/20 | D/C SET 05:07 08/20/15 5400109 | 63.02 |
|      | ZIMMERMAN S HARDWARE | |

```
Andrew J Feight                         Date  8/31/15    Page    5
DBA Feight Remodeling                   Account Number        22005342
236 West Fifth Avenue                   Enclosures                   6
Everett PA  15537
```

Small Business Checking            22005342   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | EVERETT       PA | |
|      | Card # 7183 | |
| 8/21 | D/C SET 04:17 08/21/15 4498151 | 12.54 |
|      | SHEETZ        00000281 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/21 | D/C SET 04:09 08/21/15 9400000 | 30.46 |
|      | BEDFORD TRU VALUE | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/21 | D/C SET 05:20 08/21/15 4400101 | 34.97 |
|      | ZIMMERMAN S HARDWARE | |
|      | EVERETT       PA | |
|      | Card # 7183 | |
| 8/24 | D/C SET 13:28 08/23/15 1100154 | 4.90 |
|      | DOLLAR-GENERAL #0432 | |
|      | EVERETT       PA | |
|      | Card # 7183 | |
| 8/24 | D/C SET 04:15 08/22/15 7498160 | 7.06 |
|      | SHEETZ        00000281 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/24 | D/C SET 19:53 08/21/15 9275362 | 18.75 |
|      | PITT STREET BEVERAGE L | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/24 | D/C SET 05:04 08/23/15 6720006 | 34.87 |
|      | EVERETT IGA | |
|      | EVERETT       PA | |
|      | Card # 7183 | |
| 8/24 | ATM W/D 08:20 08/22/15 1123 | 50.00 |
|      | 306 W MAIN | |
|      | EVERETT       PA | |
|      | Card # 7183 | |
| 8/25 | D/C SET 04:30 08/25/15 8498189 | 4.12 |
|      | SHEETZ        00000281 | |
|      | BEDFORD      PA | |
|      | Card # 7183 | |
| 8/26 | D/C SET 04:12 08/26/15 7498197 | 6.18 |
|      | SHEETZ        00000232 | |

```
Andrew J Feight                          Date   8/31/15    Page     6
DBA Feight Remodeling                    Account Number         22005342
236 West Fifth Avenue                    Enclosures                    6
Everett PA  15537
```

Small Business Checking              22005342   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
|      | EVERETT         PA | |
|      | Card # 7183 | |
| 8/27 | D/C SET 04:59 08/27/15 2400101 | 45.54 |
|      | ZIMMERMAN S HARDWARE | |
|      | EVERETT         PA | |
|      | Card # 7183 | |
| 8/27 | D/C SET 04:23 08/27/15 3498207 | 49.00 |
|      | SHEETZ         00000281 | |
|      | BEDFORD        PA | |
|      | Card # 7183 | |
| 8/27 | D/C SET 04:59 08/27/15 6400101 | 120.18 |
|      | ZIMMERMAN S HARDWARE | |
|      | EVERETT         PA | |
|      | Card # 7183 | |
| 8/27 | D/C SET 18:29 08/26/15 5000490 | 557.23 |
|      | LOWES #00446* | |
|      | ALTOONA        PA | |
|      | Card # 7183 | |
| 8/28 | D/C SET 05:32 08/28/15 1498215 | 6.93 |
|      | SHEETZ         00000232 | |
|      | EVERETT         PA | |
|      | Card # 7183 | |
| 8/28 | D/C SET 05:09 08/28/15 4400103 | 32.86 |
|      | ZIMMERMAN S HARDWARE | |
|      | EVERETT         PA | |
|      | Card # 7183 | |
| 8/31 | Xfer to Free Chk      0001 | 600.00 |
| 8/31 | D/C SET 04:23 08/29/15 9498224 | 4.02 |
|      | SHEETZ         00000281 | |
|      | BEDFORD        PA | |
|      | Card # 7183 | |
| 8/31 | D/C SET 11:59 08/31/15 1000751 | 6.99 |
|      | GOOGLE *Minecraft | |
|      | GOOGLE.COM/CHCA | |
|      | Card # 7183 | |
| 8/31 | D/C SET 12:59 08/30/15 4498240 | 9.18 |
|      | SHEETZ         00000232 | |
|      | EVERETT         PA | |
|      | Card # 7183 | |
| 8/31 | D/C SET 01:23 08/31/15 2987120 | 18.15 |
|      | ORIGINAL ITALIAN PIZZA | |

Andrew J Feight
DBA Feight Remodeling
236 West Fifth Avenue
Everett PA  15537

Date  8/31/15      Page    7
Account Number      22005342
Enclosures                6

Small Business Checking          22005342   (Continued)

Checks and Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| | EVERETT      PA | |
| | Card # 7183 | |
| 8/31 | D/C SET 05:27 08/29/15 4720047 | 31.21 |
| | MCDONALD S F12238 | |
| | EVERETT      PA | |
| | Card # 7183 | |
| 8/31 | D/C SET 20:45 08/29/15 3002907 | 46.00 |
| | KWIK FILL 255 | |
| | BEDFORD      PA | |
| | Card # 7183 | |
| 8/31 | D/C SET 04:56 08/31/15 0720006 | 48.88 |
| | EVERETT IGA | |
| | EVERETT      PA | |
| | Card # 7183 | |
| 8/31 | D/C SET 00:24 08/29/15 2004056 | 75.53 |
| | DISH NETWORK-ONE TIME | |
| | 800-894-9131 CO | |
| | Card # 7183 | |

*********************************************************************

Checks in Serial Number Order

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 8/27 | | 497.00 | 8/19 | 1068 | 225.00 |
| 8/04 | 1066* | 415.00 | 8/21 | 1069 | 495.54 |
| 8/12 | 1067 | 381.18 | 8/24 | 1070 | 199.23 |

*Indicates Skip in Check Number

*********************************************************************

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 973.64 | 8/11 | 1,444.41 | 8/21 | 2,914.88 |
| 8/03 | 690.35 | 8/12 | 961.35 | 8/24 | 2,600.07 |
| 8/04 | 190.69 | 8/13 | 1,485.18 | 8/25 | 2,595.95 |
| 8/05 | 186.67 | 8/14 | 1,385.78 | 8/26 | 2,589.77 |
| 8/06 | 155.70 | 8/18 | 1,459.96 | 8/27 | 1,320.82 |
| 8/07 | 911.45 | 8/19 | 1,157.72 | 8/28 | 1,281.03 |
| 8/10 | 790.41 | 8/20 | 1,088.39 | 8/31 | 441.07 |

Check 0 Amount $497.00 Date 8/27/2015

Check 1066 Amount $415.00 Date 8/4/2015

Check 1067 Amount $381.18 Date 8/12/2015

Check 1068 Amount $225.00 Date 8/19/2015

Check 1069 Amount $495.54 Date 8/21/2015

Check 1070 Amount $199.23 Date 8/24/2015

FEIGHT REMODELING
   INVENTORY & Equipment


No Inventory


List of Equipment


- 2013 Homesteader Enclosed Trailer   6' x 12'
- Generater
- Hand Tools - too many to list seperately
- Power Tools = too many to list seperately


* And I mostly use my personal truck for my
business   95% of use is for my business

It is a   2006 Chevy Silverado 1500
           Ext. Cab   Z 71


11-7-16