# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** ANDREW J & AMANDA L FEIGHT
- **Case Number:** 15-70770-JAD     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#28 - Final Confirmation of Plan Dated 3/18/16 (NFC)
R / M #: 28 / 0

### *Appearances:*

- **Debtor:** Graffius
- **Trustee:** Winnecour / (Bedford) / Pail / Katz
- **Creditor:** Huff - Akers

### *Proceedings:* Parties to stipulate to treatment of first mortg.

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 1-5-17 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
NOV 17 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

11/9/2016    3:46:09PM