IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ANDREW J. FEIGHT | : | |
| AMANDA L. FEIGHT, | : | |
| | : | |
| *Debtors* | : | |
| | : | |
| ANDREW J. FEIGHT | : | **CHAPTER 13 BANKRUPTCY** |
| AMANDA L. FEIGHT, | : | |
| | : | **CASE NO. 15-70770-JAD** |
| Plaintiffs | : | |
| V. | : | |
| | : | |
| G. SHAUN AKERS | : | |
| | : | |
| Defendant | : | |

## STIPULATION AND SETTLEMENT AGREEMENT

AND NOW, comes the Debtors, Andrew J. Feight and Amanda L. Feight (hereinafter referred to as "Debtors") and secured Creditor, G. Shaun Akers ("hereinafter referred to as "Akers") by and through their attorneys, Terry L. Graffius, Esquire at Leventry, Haschak & Rodkey, LLC, and James R. Huff II respectively and file the within Stipulation and Settlement Agreement, and avers as follows.

1.      Debtors filed for protection under Chapter 13 of Title Eleven (11) of the United States Code, 11 U.S.C.A §104, et. seq., on or about November 10, 2015.

2.      The Debtors are indebted to Gene Shaun Akers in the amount of eighty-five thousand dollars ($85,000.00) and as security for said debt, Akers holds a first mortgage of Debtors commercial property located at 38 East Main Street, Everett, Pennsylvania.

3.      The term of the said mortgage ends in October 2019 and an obligation balloon payment in the amount of sixty-one thousand ninety-three dollars and forty-six cents ($61, 093.46) is due and owing at that time.

4.      The debtors filed an amended Chapter 13 Plan dated March 17, 2016 which treats the

above debt as a long-term continuing debt rather than a secured claim to be fully paid during the term of the plan.

5.    The parties agree that the first mortgage owed to Akers shall be treated as a long term continuing debt and that the sixty-one thousand ninety-three dollars and forty-six cent ($61, 093.46) balloon payment shall be paid within sixty (60) days after the Debtors Chapter 13 Plan is completed in 2020 and the said case is closed.

6.    The parties agree that Debtors, pursuant to the Chapter 13 Plan, shall make monthly payments pursuant to the mortgage note and to satisfy any arrearages.

7.    Akers consents to the confirmation of Debtors Chapter 13 Plan dated March 17, 2016.

Wherefore, the above parties, by and through their underside counsel enter into this Stipulation and Settlement Agreement, this 13th day of December, 2016.

Respectfully submitted,

/s/ Terry L. Graffius
Attorney for Debtors
Terry L. Graffius, Esquire
Leventry, Haschak & Rodkey, LLC
PA I.D. 75999
1397 Eisenhower Boulevard
Richland Square III, Suite 200
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com

FILED
12/14/16 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ James R. Huff II
Attorney for G. Shaun Akers
Sullivan, Foor, Stokan and Huff
1701 5th Avenue
Altoona, PA 16602
(814) 946-4316

Date 12-14-2016

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-70770-JAD
Andrew J Feight                                                     Chapter 13
Amanda L Feight
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin          Page 1 of 1          Date Rcvd: Dec 14, 2016
                             Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db/jdb          +Andrew J Feight,    Amanda L Feight,    236 West 5th Avenue,    Everett, PA 15537-9608
                +James R. Huff II,    Sullivan Foor Stokan and Huff,    1701 5th Avenue,    Altoona, PA 16602-2319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com,
           hoaks@lhrklaw.com
          Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com,
           hoaks@lhrklaw.com
          Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com,
           hoaks@lhrklaw.com
          Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com,  hoaks@lhrklaw.com
                                                                                    TOTAL: 7