# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
1/6/17 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Conciliation Conference:

**Debtor:** ANDREW J & AMANDA L FEIGHT
**Case Number:** 15-70770-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 05, 2017 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#28 - Continued Confirmation of Plan Dated 3/18/16 (NFC)
R / M #: 28 / 0

### Appearances:      *No appearance*

Debtor:
Trustee: (Winnecour) / (Bedford) / Pail / Katz

Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 2-10-17 at 10:00.
10. _____ Other:

12/30/2016  9:27:03AM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70770-JAD
Andrew J Feight                                                           Chapter 13
Amanda L Feight
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7            User: jhel            Page 1 of 1            Date Rcvd: Jan 06, 2017
                                Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.
db/jdb         +Andrew J Feight,    Amanda L Feight,    236 West 5th Avenue,    Everett, PA 15537-9608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com,
               hoaks@lhrklaw.com
              Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com,
               hoaks@lhrklaw.com
              Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com,
               hoaks@lhrklaw.com
              Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com,   hoaks@lhrklaw.com
                                                                                               TOTAL: 8