**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Andrew J Feight** | : | Case No. 15−70770−JAD |
| **Amanda L Feight** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Branch Banking and Trust Company | : | |
| *Movant,* | : | Related to Claim No. 10 |
| | : | |
| v. | : | |
| Andrew J Feight, | : | |
| Amanda L Feight and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

　　**AND NOW**, this **9th day of February, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Branch Banking and Trust Company* at Claim No. 10 in the above−captioned bankruptcy case,

　　It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

　　*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 15-70770-JAD
Andrew J Feight                                                               Chapter 13
Amanda L Feight
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz           Page 1 of 1           Date Rcvd: Feb 09, 2017
                              Form ID: 237         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.
db/jdb         +Andrew J Feight,    Amanda L Feight,    236 West 5th Avenue,    Everett, PA 15537-9608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Feb 10 2017 01:00:22     BB&T,    Bankruptcy Section,
                 P.O. Box 1847,    Wilson, NC   27894
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com,
               hoaks@lhrklaw.com
              Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com,
               hoaks@lhrklaw.com
              Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com,
               hoaks@lhrklaw.com
              Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com,  hoaks@lhrklaw.com
                                                                                              TOTAL: 8