# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| **Andrew J. Feight and Amanda L. Feight** | : |
| Debtors, | : Case No. 15-70770-JAD |
| | : Chapter 13 |
| **Branch Banking and Trust Company** | : |
| Movant, | : |
| v. | : Related to Claim No. 10 |
| | : |
| **Andrew J. Feight and Amanda L. Feight, and** | : |
| **Ronda J. Winnecour, Esq., Trustee** | : |
| Respondent. | : |

## **DECLARATION**

The undersigned, Counsel for Andrew Feight and Amanda Feight, Debtors in the above captioned case, after review of the Notice of Payment Amount filed by Branch Banking and Trust Company, and the Court's Order hereby declares:

i.  That the existing Chapter 13 plan in the above case is sufficient to fund the plan with the modified mortgage payment.

ii. That an Amended Plan is not necessary.

iii. That Debtors have no objection to the payment change.

Wherefore, Debtors consents to the modification of the post-petition mortgage payment in accordance with the Notice of Payment Amount.

| | |
|---|---|
| Dated: June 16, 2017 | /s/ Terry L. Graffius, Esquire |
| | Terry L. Graffius, Esquire |
| | PA I.D. 75999 |
| | Leventry, Haschak & Rodkey, LLC |
| | 1397 Eisenhower Boulevard |
| | Richland Square III, Suite 202 |
| | Johnstown, PA 15904 |
| | (814) 266-1799 |
| | tgraffius@lhrklaw.com |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** :  | |
| **Andrew J. Feight and Amanda L. Feight** : | |
| Debtors, : | Case No.   15-70770-JAD |
| : | Chapter 13 |
| **Branch Banking and Trust Company** : | |
| Movant, : | |
| v. : | Related to Claim No. 10 |
| : | |
| **Andrew J. Feight and Amanda L. Feight, and** : | |
| **Ronda J. Winnecour, Esq., Trustee** : | |
| Respondent. : | |

## CERTIFICATE OF SERVICE

**AND NOW**, this 16th day of June, 2017, I do hereby certify that a copy of the Declaration (in response to the Notice of Mortgage Payment Change) was served via first-class, regular mail, postage prepaid on the following:

Andrew J. and Amanda L. Feight
236 West 5th Avenue
Everett, PA   15537

Branch Banking and Trust Company
P.O. Box 1847
Wilson, NC 27894

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689

/s/ Terry L. Graffius, Esquire
Terry L. Graffius, Esquire
PA I.D. 75999
Leventry, Haschak & Rodkey, LLC
1397 Eisenhower Boulevard
Richland Square III, Suite 202
Johnstown, PA 15904
(814) 266-1799
tgraffius@lhrklaw.com