**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-70770-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Andrew J Feight
236 West 5th Avenue
Everett PA 15537

Amanda L Feight
236 West 5th Avenue
Everett PA 15537

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO BOX 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/13/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-70770-JAD
Andrew J Feight                                                           Chapter 13
Amanda L Feight
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz          Page 1 of 1                Date Rcvd: Jul 11, 2017
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14149618          E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2017 01:17:06    Ally Financial,
            PO Box 130424,   Roseville MN 55113-0004
                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
          Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
          Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
          Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
                                                                              TOTAL: 8