Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Andrew J Feight**
**Amanda L Feight**
  Debtor(s)

Bankruptcy Case No.: 15–70770–JAD
Doc. #66
Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: May 3, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 17, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 3, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 16, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania

In re:                                                              Case No. 15-70770-JAD
Andrew J Feight                                                     Chapter 13
Amanda L Feight
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-7          User: skoz                  Page 1 of 2                  Date Rcvd: Feb 16, 2018
                              Form ID: 410                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db/jdb         +Andrew J Feight,    Amanda L Feight,    236 West 5th Avenue,    Everett, PA 15537-9608
14135206       +AES,   Payment Center,    Harrisburg, PA 17130-0001
14135208       +Bob Lazer, O.D.,    120 W. Penn Street,    Bedford, PA 15522-1223
14135209        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14159437        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14135211       +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14135210       +Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
14135212       +Conemaugh Memorial Medical Center,    P.O. Box 643928,    Pittsburgh, PA 15264-3928
14135213       +Dayo Navagund Associates,    120 Village Drive,    Greensburg, PA 15601-3787
14377851        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14135214       +G. Shaun Akers,    715 Church Street,    Saxton, PA 16678-1211
14135216       +Highmark Blue Shield,    P.O. Box 382178,    Pittsburgh, PA 15251-8178
14194001       +JPMorgan Chase Bank, National Association,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14135218       +PHEAA,   1200 North Seventh Street,    Harrisburg, PA 17102-1444
14159796       +PHEAA,   PO Box 8147,    Harrisburg PA 17105-8147
14135217       +Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
14146579       +Penelec, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@bbandt.com Feb 17 2018 02:42:27      BB&T,   Bankruptcy Section,
                 P.O. Box 1847,    Wilson, NC   27894
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:03:01
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14135207       +E-mail/Text: ally@ebn.phinsolutions.com Feb 17 2018 02:42:18      Ally,   P.O. Box 380902,
                 Minneapolis, MN 55438-0902
14149618        E-mail/Text: ally@ebn.phinsolutions.com Feb 17 2018 02:42:18      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14157581        E-mail/Text: bankruptcy@bbandt.com Feb 17 2018 02:42:27      Branch Banking and Trust,
                 PO Box 1847,    Wilson, NC 27894-1847
14657111        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:02:53
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
14139018        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:42:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
14135215*      +G. Shaun Akers,    715 Church Street,    Saxton, PA 16678-1211
14135219       ##+Susquehanna Bank,    26 N. Cedar Street,    Lititz, PA 17543-1514
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0315-7            User: skoz                  Page 2 of 2              Date Rcvd: Feb 16, 2018
                                Form ID: 410                Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com,
               jberkebile@lhrklaw.com
              Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com,
               jberkebile@lhrklaw.com
              Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com,
               jberkebile@lhrklaw.com
              Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com,
               jberkebile@lhrklaw.com
                                                                                            TOTAL: 8
```