UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | ANDREW J & AMANDA L FEIGHT |
| Case Number: | 15-70770-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 03, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/7/18 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matters:*

1) #66 - Trustee's Certificate of Default to Dismiss
   R / M #:  66 / 0

2) #71 - Amended Plan Dated 2/20/2018 - FC
   R / M #:  71 / 0

### *Appearances:*

Debtor: *Graffius* (signature)
Trustee: Winnecour / Pai / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6/21/18** at **3:00 pm**.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/27/2018   12:37:19PM