FILED
6/22/18 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDREW J FEIGHT<br>AMANDA L FEIGHT<br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>vs.<br>ANDREW J FEIGHT<br>AMANDA L FEIGHT<br>    Respondent(s) | Case No. 15-70770JAD<br>Chapter 13<br><br>Related to Document No. 66 |

## ORDER

AND NOW, this __22nd__ day of _____June_____, 20_18_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐   This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐   This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.   Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.   This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion to Dismiss is withdrawn per June 21, 2018 conciliation conference.

4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-70770-JAD
Andrew J Feight                                                          Chapter 13
Amanda L Feight
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 2          Date Rcvd: Jun 22, 2018
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
```
db/jdb         +Andrew J Feight,    Amanda L Feight,   236 West 5th Avenue,    Everett, PA 15537-9608
14135206       +AES,   Payment Center,    Harrisburg, PA 17130-0001
14135208       +Bob Lazer, O.D.,    120 W. Penn Street,    Bedford, PA 15522-1223
14135211       +Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14135210       +Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
14135212       +Conemaugh Memorial Medical Center,    P.O. Box 643928,    Pittsburgh, PA 15264-3928
14135213       +Dayo Navagund Associates,    120 Village Drive,    Greensburg, PA 15601-3787
14377851        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14135214       +G. Shaun Akers,    715 Church Street,    Saxton, PA 16678-1211
14135216       +Highmark Blue Shield,    P.O. Box 382178,    Pittsburgh, PA 15251-8178
14194001       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
14135218       +PHEAA,   1200 North Seventh Street,    Harrisburg, PA 17102-1444
14159796       +PHEAA,   PO Box 8147,    Harrisburg PA 17105-8147
14135217       +Penelec,   P.O. Box 3687,    Akron, OH 44309-3687
14146579       +Penelec, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy@bbandt.com Jun 23 2018 01:49:59     BB&T,    Bankruptcy Section,
                 P.O. Box 1847,   Wilson, NC  27894
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2018 01:58:25
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14135207       +E-mail/Text: ally@ebn.phinsolutions.com Jun 23 2018 01:49:44      Ally,   P.O. Box 380902,
                 Minneapolis, MN 55438-0902
14149618        E-mail/Text: ally@ebn.phinsolutions.com Jun 23 2018 01:49:44      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14157581        E-mail/Text: bankruptcy@bbandt.com Jun 23 2018 01:49:59     Branch Banking and Trust,
                 PO Box 1847,   Wilson, NC 27894-1847
14135209        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2018 01:57:28      Capital One,
                 P.O. Box 30285,    Salt Lake City, UT 84130-0285
14159437        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2018 01:58:24
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14657111        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2018 02:25:08
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
14139018        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2018 01:50:25      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank, National Association
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN  55116-0408
14135215*      +G. Shaun Akers,    715 Church Street,    Saxton, PA 16678-1211
14135219       ##+Susquehanna Bank,    26 N. Cedar Street,    Lititz, PA 17543-1514
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: jhel              Page 2 of 2           Date Rcvd: Jun 22, 2018
                              Form ID: pdf900         Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
           andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
          Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
          Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
          Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com,
           jberkebile@lhrklaw.com
                                                                                             TOTAL: 8
```