## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-70770-JAD |
| Andrew J. Feight ) | |
| Amanda L. Feight ) | Chapter 13 |
| ) | Document No. _____ |
| Debtors ) | Related to Document No. 84 |

### CONSENT ORDER MODIFYING JANUARY 24, 2020 ORDER

AND NOW, this _____ day of _____, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated January 24, 2020 it is

ORDERED that Part "1.G." be amended to add the following: the claim of Portfolio Recovery Associates, LLC (Claim No. 5) shall fully govern.

The January 24, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Terry L. Graffius
Terry L. Graffius, Esquire
Attorney for debtor
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
814-266-1799
tgraffius@lhrklaw.com