# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-70770-JAD |
| Andrew J. Feight | ) | |
| Amanda L. Feight | ) | Chapter 13 |
| | ) | Document No. _____ |
| Debtors | ) | Related to Document No. 84 and 87 |

## CONSENT ORDER MODIFYING JANUARY 24, 2020 ORDER

AND NOW, this __19th__ day of __March__, 2020, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated January 24, 2020 it is

ORDERED that Part "1.G." be amended to add the following: the claim of Portfolio Recovery Associates, LLC (Claim No. 5) shall fully govern.

The January 24, 2020 order otherwise remains in full force and effect.

BY THE COURT:

_____ sjk
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

FILED
3/19/20 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone PA I.D. #42575
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Terry L. Graffius
Terry L. Graffius, Esquire
Attorney for debtor
Leventry & Haschak, LLC
1397 Eisenhower Blvd.
Richland Square III Suite 202
Johnstown, PA 15904
814-266-1799
tgraffius@lhrklaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew J Feight  
Amanda L Feight  
    Debtors

Case No. 15-70770-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: agro      Page 1 of 1      Date Rcvd: Mar 19, 2020  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
        +Katherine DeSimone, Esq.,    Office of the Chapter 13 Trustee,    U.S. Steel Tower Suite 3250,    600 Grant Street,    Pittsburgh, PA 15219-2719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com  
        James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
        Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com, jbudzina@lhrklaw.com  
        Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com, jbudzina@lhrklaw.com  
        Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com, jbudzina@lhrklaw.com  
        Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com, jbudzina@lhrklaw.com  
                                                                                                        TOTAL: 9