**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-70770-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Andrew J Feight<br>236 West 5th Avenue<br>Everett PA 15537 | Amanda L Feight<br>236 West 5th Avenue<br>Everett PA 15537 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/29/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 | JPMorgan Chase Bank, National Association<br>c/o Carrington Mortgage Services, LLC<br>P.O. BOX 3730,<br>Anaheim, CA 92806 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/01/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew J Feight  
Amanda L Feight  
    Debtors

Case No. 15-70770-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: agro     Page 1 of 1     Date Rcvd: Jun 29, 2020  
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14194001      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 30 2020 04:55:48  
       JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203  
                                                             TOTAL: 1

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association andygornall@latouflawfirm.com  
       James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com  
       Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Terry L. Graffius    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com, kmaris@lhrklaw.com  
       Terry L. Graffius    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com, kmaris@lhrklaw.com  
       Terry L. Graffius    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com, kmaris@lhrklaw.com  
       Terry L. Graffius    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com, kmaris@lhrklaw.com  
                                                                            TOTAL: 9