IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 15-70770-JAD |
| Andrew J. Feight ) | Chapter 13 |
| Amanda L. Feight ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Andrew J. Feight ) | |
| Amanda L. Feight ) | |
|     Respondent(s) ) | |

NOTICE OF ZOOM HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a Zoom Hearing on the Trustee's motion will be held on January 8, 2021, at 11:00 a.m. before Judge Jeffery A. Deller. Parties wishing to appear by Zoom shall make arrangements as directed by Judge Jeffery A. Deller's Zoom Procedures at http://www/pawb.uscourts.gov/content/judge-jeffery-deller. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before December 14, 2020.

11/24/2020                        /s/ Ronda J. Winnecour
                                     Ronda J. Winnecour (PA I.D. #30399)
                                     Attorney and Chapter 13 Trustee
                                     U.S. Steel Tower – Suite 3250
                                     600 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 471-5566
                                     cmecf@chapter13trusteewdpa.com