# FORR, STOKAN, HUFF, KORMANSKI & NAUGLE

ATTORNEYS AT LAW
1701 FIFTH AVENUE
ALTOONA, PA 16602-2319
TELEPHONE: (814) 946-4316
FAX: (814) 946-9426

**Partners:**
R. THOMAS FORR, JR.
WILLIAM J. STOKAN
JAMES R. HUFF, II
TRACI L. NAUGLE

JOHN F. SULLIVAN (1932-2014)
JOEL M. KORMANSKI (1962-2011)

**Associates:**
MARY ANN PROBST
GREGORY S. OLSAVICK
TYLER A. ROWLES

December 4, 2020

To the Clerk of the U.S. Bankruptcy Court for the Western District of Pennsylvania

      RE:  Andrew J. Feight and Amanda L. Feight
          Case No. 15-70770
          Claim No. 14

Please **withdraw Claim No. 14** filed on behalf of G. Shaun Ackers as this filing was intended to Amend Claim No. 8 but was erroneously filed as a new claim.

      Very truly yours,

      Forr, Stokan, Huff, Kormanski & Naugle

        */s/James R. Huff, II*

      By:  James R. Huff II, Esquire

JRH:tjb

