IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-70770-JAD |
| Andrew J. Feight | ) | Chapter 13 |
| Amanda L. Feight | ) | |
|     Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | |
|     vs. | ) | |
| Andrew J. Feight | ) | Related to Docs. #96 and 107 |
| Amanda L. Feight | ) | |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 24, 2020 (document #96) is hereby WITHDRAWN.  The hearing scheduled for April 14, 2021 is cancelled.

                        Respectfully submitted

2/17/2021                    /s/ Ronda J. Winnecour
                               Ronda J. Winnecour (PA I.D. #30399)
                               Attorney and Chapter 13 Trustee
                               U.S. Steel Tower – Suite 3250
                               600 Grant Street
                               Pittsburgh, PA  15219
                               (412) 471-5566
                               cmecf@chapter13trusteewdpa.com

Date: 2/18/2021                    SO ORDERED.

                                                                         _sjk_
                                                Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
2/18/21 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew J Feight  
Amanda L Feight  
    Debtors

Case No. 15-70770-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: nsha     Page 1 of 2  
Date Rcvd: Feb 18, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

**Recip ID    Recipient Name and Address**  
db/jdb    + Andrew J Feight, Amanda L Feight, 236 West 5th Avenue, Everett, PA 15537-9608

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

**Name    Email Address**

Andrew F Gornall  
    on behalf of Creditor JPMorgan Chase Bank  National Association andygornall@latouflawfirm.com

Brian Nicholas  
    on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

James R. Huff, II  
    on behalf of Creditor G. Shaun Akers jhuff@sfshlaw.com

Kevin Scott Frankel  
    on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| | | |
|---|---|---|
| District/off: 0315-7 | User: nsha | Page 2 of 2 |
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Terry L. Graffius
    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

TOTAL: 10