IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Andrew J. Feight ) | Case No.: 15-70770 JAD |
| Amanda L. Feight ) | |
|    Debtor ) | Chapter 13 |
| _____ \_\_\_\_) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|    Movant, ) | Related Document No. 110 |
|          Vs. ) | |
| No Respondents. ) | |

TRUSTEE'S WITHDRAWAL OF CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Motion that was filed in the above-referenced case on March 26, 2021

(document no. 110) is hereby WITHDRAWN.

Respectfully submitted,

3-30-2021                                    /s/ Ronda J. Winnecour
date                                         Ronda J. Winnecour (PA I.D. #30399)
                                             Attorney and Chapter 13 Trustee
                                             U.S. Steel Tower – Suite 3250
                                             600 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 471-5566
                                             cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Andrew J. Feight | ) | Case No.: 15-70770 JAD |
| Amanda L. Feight | ) | |
|    Debtor | ) | Chapter 13 |
| _____ ____ | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|    Movant, | ) | Related Document No. 110 |
|           Vs. | ) | |
| No Respondents. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222


| | |
|---|---|
| 3-30-2021 | /S/ Christie L. Klein___ |
| date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |