**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ANDREW J FEIGHT** |
| Debtor 2 (Spouse, if filing) | **AMANDA L FEIGHT** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **15-70770JAD** |

Form 4100N
# Notice of Final Cure Payment     10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | BRANCH BANKING&TRUST CO/BB&T(*) |
| Court claim no. (if known): | 10 |
| Last 4 digits of any number you use to identify the debtor's account | 6 4 5 8 |
| Property Address: | 236 WEST 5TH AVE<br>EVERETT PA 15537 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**  Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 1,116.88 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 1,116.88 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 1,116.88 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment     $ $100.78

The next postpetition payment is due on     2 / 1 / 2021
                                           MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **ANDREW J FEIGHT** | Case number *(if known)* | **15-70770JAD** |
|---|---|---|---|
| | Name | | |

### Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Ronda J. Winnecour         Date  04/01/2021
  Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566       Email   cmecf@chapter13trusteewdpa.com |

| Debtor 1 | ANDREW J FEIGHT | Case number *(if known)* | 15-70770JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 03/26/2021 | 1190449 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 1,116.88 |
| | | | | 1,116.88 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 06/27/2016 | 1000514 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 669.97 |
| 07/26/2016 | 1004520 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 119.24 |
| 08/26/2016 | 1008491 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 123.99 |
| 09/27/2016 | 1012529 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 127.29 |
| 10/26/2016 | 1016435 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 129.55 |
| 11/21/2016 | 1019858 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 240.22 |
| 12/21/2016 | 1023110 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 85.72 |
| 01/27/2017 | 1026501 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 103.79 |
| 02/24/2017 | 1029993 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 59.91 |
| 03/28/2017 | 1033367 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 86.74 |
| 05/25/2017 | 1040009 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 108.53 |
| 06/27/2017 | 1043360 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 112.87 |
| 07/25/2017 | 1046699 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 115.93 |
| 08/25/2017 | 1050021 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 179.55 |
| 10/25/2017 | 1056726 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 163.52 |
| 12/21/2017 | 1063278 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 154.78 |
| 02/23/2018 | 1069917 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 151.03 |
| 03/28/2018 | 1073086 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 149.77 |
| 04/24/2018 | 1076315 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 174.04 |
| 05/25/2018 | 1079544 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 173.18 |
| 06/22/2018 | 1082786 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 172.29 |
| 08/28/2018 | 1089156 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 171.02 |
| 09/25/2018 | 1092361 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 175.09 |
| 10/29/2018 | 1095518 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 180.72 |
| 11/27/2018 | 1098779 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 185.00 |
| 12/21/2018 | 1101877 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 189.85 |
| 02/25/2019 | 1108276 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 197.13 |
| 03/25/2019 | 1111519 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 199.76 |
| 04/26/2019 | 1114801 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 202.16 |
| 05/24/2019 | 1118184 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 204.32 |
| 06/25/2019 | 1121531 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 208.39 |
| 09/24/2019 | 1131882 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 230.73 |
| 11/25/2019 | 1138575 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 412.79 |
| 01/28/2020 | 1145391 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 211.29 |
| 02/25/2020 | 1148920 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 207.74 |
| 05/26/2020 | 1159314 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 212.40 |
| 06/26/2020 | 1162687 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 407.12 |
| 08/25/2020 | 1168962 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 204.12 |
| 09/28/2020 | 1172031 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 204.45 |
| 11/24/2020 | 1178223 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 175.62 |
| 02/22/2021 | 1187206 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 215.66 |
| 03/26/2021 | 1190449 | BRANCH BANKING&TRUST CO/BB&T(*) | AMOUNTS DISBURSED TO CREDITOR | 119.24 |
| | | | | 7,916.51 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ANDREW J FEIGHT
AMANDA L FEIGHT
236 WEST 5TH AVENUE
EVERETT, PA  15537

TERRY L GRAFFIUS ESQ
LEVENTRY & HASHCAK & RODKEY LLC
1397 EISENHOWER BLVD
RICHLAND SQ III SUITE 202
JOHNSTOWN, PA  15904

BRANCH BANKING&TRUST CO/BB&T(*)
BK SECTION 100 50 01 51
POB 1847
WILSON, NC  27894-1847


4/1/21                                                          /s/ Roberta Saunier
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee