IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Andrew J. Feight ) | Case No.: 15-70770 JAD |
| Amanda L. Feight ) | |
|     Debtor ) | Chapter 13 |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
|     Movant, ) | Related Document No. 110 and 111 |
|     Vs. ) | |
| No Respondents. ) | |

## TRUSTEE'S WITHDRAWAL OF CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

The Motion that was filed in the above-referenced case on March 26, 2021 (document no. 110) is hereby WITHDRAWN.

Respectfully submitted,

<u>3-30-2021</u>       /s/ Ronda J. Winnecour
date

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Date: 3/30/2021     SO ORDERED.

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
3/30/21 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew J Feight  
Amanda L Feight  
    Debtors

Case No. 15-70770-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Andrew J Feight, Amanda L Feight, 236 West 5th Avenue, Everett, PA 15537-9608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank National Association andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank National Association bnicholas@kmllawgroup.com |
| James R. Huff, II | on behalf of Creditor G. Shaun Akers jhuff@sfshlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank National Association pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 2 of 2 |
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        cmecf@chapter13trusteewdpa.com

Terry L. Graffius
        on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
        on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
        on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
        on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

TOTAL: 10