**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Andrew J Feight |
| Debtor 2 (Spouse, if filing) | Amanda L Feight |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number | 7:15-bk-70770 |

# Form 4100R
# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Branch Banking and Trust Company, now Truist

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 6 4 5 8

**Property address:** 236 W. 5th Avenue
Number    Street

Everett    PA    15537
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/04/2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Andrew J Feight                                                                                             7:15-bk-70770

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ M. Joy Melton                              Date  04 / 20 / 2021
Signature

Print:  First Name: M/   Middle Name: Joy   Last Name: Melton     Assistant Vice President

Company: BB&T, now Truist

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P. O. Box 1847
City: Wilson    State: NC    ZIP Code: 27894

Contact phone: (866) 813 – 1624       Email: Bankruptcy@truist.com

## CERTIFICATE OF SERVICE

## Western District of Pennsylvania

I, M. Joy Melton, of Branch Banking & Trust Company, now Truist, PO Box 1847, Wilson, NC 27894, do hereby certify:

That I am more than eighteen (18) years of age and:

That on the 20th day of April 2021, I served a true and exact copy of the within "RESPONSE TO NOTICE OF FINAL CURE" by United States Mail and/or electronic filing addressed to the said respondent(s) at:

Andrew J. & Amanda L. Feight
236 West 5th Avenue
Everett, PA 15537


Terry L. Graffius
1397 Eisenhower Blvd.
Johnstown, PA 15904


Ronda J. Winnecour
600 Grant Street
Pittsburgh, PA 15219


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on _____ By: /s/    M. Joy Melton_____
         (date)                    (signature)