**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andrew J Feight
Amanda L Feight**
Debtor(s)

Bankruptcy Case No.: 15−70770−JAD

Chapter: 13
Docket No.: 117 − 116

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of May, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/28/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/7/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/28/21.**

                                              <u>Jeffery A. Deller</u>
                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                   Case No. 15-70770-JAD
Andrew J Feight                                                                                          Chapter 13
Amanda L Feight
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 3
Date Rcvd: May 28, 2021      Form ID: 408      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew J Feight, Amanda L Feight, 236 West 5th Avenue, Everett, PA 15537-9608 |
| 14135206 | + | AES, Payment Center, Harrisburg, PA 17130-0001 |
| 14135208 | + | Bob Lazer, O.D., 120 W. Penn Street, Bedford, PA 15522-1223 |
| 14135212 | + | Conemaugh Memorial Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14135213 | + | Dayo Navagund Associates, 120 Village Drive, Greensburg, PA 15601-3787 |
| 14377851 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135214 | + | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |
| 14135216 | + | Highmark Blue Shield, P.O. Box 382178, Pittsburgh, PA 15251-8178 |
| 14135218 | + | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14159796 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14135217 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14146579 | + | Penelec, A FirstEnergy Company, FirstEnergy, 331 Newman Springs Rd Building 3, Red Bank, NJ 07701-5688 |
| 14135219 | + | Susquehanna Bank, 26 N. Cedar Street, Lititz, PA 17543-1514 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | BB&T, Bankruptcy Section, P.O. Box 1847, Wilson, NC 27894 |
| cr | | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | BB&T, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | Bankruptcy Section BB&T, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:05:09 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14135207 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14149618 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14157581 | | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | Branch Banking and Trust, PO Box 1847, Wilson, NC 27894-1847 |
| 14135209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:05:06 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14159437 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:03:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14135211 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:05:05 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14135210 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:06:18 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 14194001 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | May 29 2021 02:03:57 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15259983 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 29 2021 00:50:00 | JPMorgan Chase Bank, National Association, c/o Carrington Mortgage Services, LLC, P.O. BOX 3730,, Anaheim, CA 92803-3730 |
| 14657111 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:06:22 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14139018 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2021 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | G. Shaun Akers |
| cr |  | JPMorgan Chase Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14135215 | *+ | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| James R. Huff, II | on behalf of Creditor G. Shaun Akers jhuff@sfshlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com |

District/off: 0315-7 | User: jfur | Page 3 of 3
Date Rcvd: May 28, 2021 | Form ID: 408 | Total Noticed: 28

Terry L. Graffius
    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com


TOTAL: 10