**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANDREW J FEIGHT
AMANDA L FEIGHT
      Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:15-70770 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/10/2015 and confirmed on 5/6/16 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 123,233.99 |
| Less Refunds to Debtor | | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 123,233.99 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 2,310.00 | |
|    Trustee Fee | | 6,068.45 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,378.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 29,093.08 | 0.00 | 29,093.08 |
|     Acct: 0561 | | | | |
|   G SHAUN AKERS | 0.00 | 51,921.84 | 0.00 | 51,921.84 |
|     Acct: | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 7,916.51 | 0.00 | 7,916.51 |
|     Acct: 6458 | | | | |
|   JPMORGAN CHASE BANK NA | 907.02 | 907.02 | 0.00 | 907.02 |
|     Acct: 0561 | | | | |
|   G SHAUN AKERS | 10,545.00 | 10,545.00 | 0.00 | 10,545.00 |
|     Acct: | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 1,116.88 | 1,116.88 | 0.00 | 1,116.88 |
|     Acct: 6458 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 11,019.01 | 11,019.01 | 1,990.64 | 13,009.65 |
|     Acct: 9495 | | | | |
| | | | | 114,509.98 |
| **Priority** | | | | |
|   TERRY L GRAFFIUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW J FEIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LEVENTRY HASCHAK & RODKEY LLC | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 345.56 | 345.56 | 0.00 | 345.56 |
|     Acct: 4272 | | | | |
| | | | | 345.56 |
| **Unsecured** | | | | |
|   G SHAUN AKERS | 19,281.16 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ECMC(*) | 9,226.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 0959 | | | | |
|   BOB LAZER OD++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 321.82 | 0.00 | 0.00 | 0.00 |

15-70770 JAD                                                                                   Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 2074 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9949 | | | | |
|   CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: X-001 | | | | |
|   DAYO NAVALGUND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 9775 | | | | |
|   HIGHMARK/BLUE CROSS~SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6000 | | | | |
|   PENELEC/FIRST ENERGY** | 190.53 | 0.00 | 0.00 | 0.00 |
|    Acct: 3204 | | | | |
|   PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 6368 | | | | |
|   PA DEPARTMENT OF REVENUE* | 111.96 | 0.00 | 0.00 | 0.00 |
|    Acct: 4272 | | | | |
|   G SHAUN AKERS | 16,598.09 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXX8887 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 5.98 | 0.00 | 0.00 | 0.00 |
|    Acct: 5102 | | | | |
|   SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                114,855.54

TOTAL CLAIMED
PRIORITY              345.56
SECURED            23,587.91
UNSECURED          45,736.25


Date: 05/25/2021                                       /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ANDREW J FEIGHT
    AMANDA L FEIGHT
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70770 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                          BY THE COURT:

                                          _____
                                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                         Case No. 15-70770-JAD
Andrew J Feight                               Chapter 13
Amanda L Feight
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                                User: jfur                                  Page 1 of 3
Date Rcvd: May 28, 2021                      Form ID: pdf900                       Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew J Feight, Amanda L Feight, 236 West 5th Avenue, Everett, PA 15537-9608 |
| 14135206 | + | AES, Payment Center, Harrisburg, PA 17130-0001 |
| 14135208 | + | Bob Lazer, O.D., 120 W. Penn Street, Bedford, PA 15522-1223 |
| 14135212 | + | Conemaugh Memorial Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14135213 | + | Dayo Navagund Associates, 120 Village Drive, Greensburg, PA 15601-3787 |
| 14377851 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135214 | + | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |
| 14135216 | + | Highmark Blue Shield, P.O. Box 382178, Pittsburgh, PA 15251-8178 |
| 14135218 | + | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14159796 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14135217 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14146579 | + | Penelec, A FirstEnergy Company, FirstEnergy, 331 Newman Springs Rd Building 3, Red Bank, NJ 07701-5688 |
| 14135219 | + | Susquehanna Bank, 26 N. Cedar Street, Lititz, PA 17543-1514 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | BB&T, Bankruptcy Section, P.O. Box 1847, Wilson, NC 27894 |
| cr | | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | BB&T, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | Bankruptcy Section BB&T, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:06:23 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14135207 | + | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14149618 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2021 00:50:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14157581 | | Email/Text: bankruptcy@bbandt.com | May 29 2021 00:50:00 | Branch Banking and Trust, PO Box 1847, Wilson, NC 27894-1847 |
| 14135209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:03:58 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14159437 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:05:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14135211 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:06:18 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14135210 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:06:18 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 14194001 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 29 2021 02:06:18 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15259983 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 29 2021 00:50:00 | JPMorgan Chase Bank, National Association, c/o Carrington Mortgage Services, LLC, P.O. BOX 3730,, Anaheim, CA 92803-3730 |
| 14657111 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:06:22 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14139018 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2021 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | G. Shaun Akers |
| cr | | JPMorgan Chase Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14135215 | *+ | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| James R. Huff, II | on behalf of Creditor G. Shaun Akers jhuff@sfshlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com |

District/off: 0315-7      User: jfur      Page 3 of 3

Date Rcvd: May 28, 2021      Form ID: pdf900      Total Noticed: 28

Terry L. Graffius
    on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

Terry L. Graffius
    on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com kmaris@lhrklaw.com

TOTAL: 10