Certificate Number: 15317-PAW-DE-035762035

Bankruptcy Case Number: 15-70770



15317-PAW-DE-035762035

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2021, at 10:27 o'clock PM PDT, Andrew J Feight completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 15, 2021        By:  /s/Madelyn Kotb

Name:  Madelyn Kotb

Title:  Counselor