| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew J Feight**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0959<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Amanda L Feight**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8887<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–70770–JAD** | | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Andrew J Feight                                                   Amanda L Feight

    <u>6/30/21</u>                                                                    **By the court:**   <u>Jeffery A. Deller</u>
                                                                                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew J Feight  
Amanda L Feight  
    Debtors

Case No. 15-70770-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 3 |
| Date Rcvd: Jun 30, 2021 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew J Feight, Amanda L Feight, 236 West 5th Avenue, Everett, PA 15537-9608 |
| 14135206 | + | AES, Payment Center, Harrisburg, PA 17130-0001 |
| 14135208 | + | Bob Lazer, O.D., 120 W. Penn Street, Bedford, PA 15522-1223 |
| 14135212 | + | Conemaugh Memorial Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14135213 | + | Dayo Navagund Associates, 120 Village Drive, Greensburg, PA 15601-3787 |
| 14135214 | + | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |
| 14135216 | + | Highmark Blue Shield, P.O. Box 382178, Pittsburgh, PA 15251-8178 |
| 14135218 | + | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14159796 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14135217 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14146579 | + | Penelec, A FirstEnergy Company, FirstEnergy, 331 Newman Springs Rd Building 3, Red Bank, NJ 07701-5688 |
| 14135219 | + | Susquehanna Bank, 26 N. Cedar Street, Lititz, PA 17543-1514 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 01 2021 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2021 23:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | BB&T, Bankruptcy Section, P.O. Box 1847, Wilson, NC 27894 |
| cr | | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | BB&T, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | Bankruptcy Section BB&T, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| cr | + | EDI: PRA.COM | Jul 01 2021 03:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14135207 | + | EDI: GMACFS.COM | Jul 01 2021 03:38:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14149618 | | EDI: GMACFS.COM | Jul 01 2021 03:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14157581 | | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | Branch Banking and Trust, PO Box 1847, Wilson, NC 27894-1847 |
| 14135209 | | EDI: CAPITALONE.COM | Jul 01 2021 03:43:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0315-7 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 14159437 | EDI: CAPITALONE.COM | Jul 01 2021 03:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14377851 | EDI: ECMC.COM | Jul 01 2021 03:43:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135211 | EDI: JPMORGANCHASE | Jul 01 2021 03:43:00 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14135210 | EDI: JPMORGANCHASE | Jul 01 2021 03:43:00 | Chase, P.O. Box 24696, Columbus, OH 43224 |
| 14194001 | EDI: JPMORGANCHASE | Jul 01 2021 03:43:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15259983 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 30 2021 23:44:00 | JPMorgan Chase Bank, National Association, c/o Carrington Mortgage Services, LLC, P.O. BOX 3730,, Anaheim, CA 92803-3730 |
| 14657111 | EDI: PRA.COM | Jul 01 2021 03:43:00 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14139018 | EDI: PENNDEPTREV | Jul 01 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14139018 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | G. Shaun Akers |
| cr | | JPMorgan Chase Bank, National Association |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14135215 | *+ | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@gornall-law.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 3 of 3 |
| Date Rcvd: Jun 30, 2021 | Form ID: 3180W | Total Noticed: 29 |

Brian Nicholas
   on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com

James R. Huff, II
   on behalf of Creditor G. Shaun Akers jhuff@sfshlaw.com

Kevin Scott Frankel
   on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Terry L. Graffius
   on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
   on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
   on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
   on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

TOTAL: 10