**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
  ANDREW J FEIGHT
  AMANDA L FEIGHT
          Debtor(s)

  Ronda J. Winnecour
          Movant
     vs.
  No Repondents.

Case No.:15-70770 JAD

Chapter 13

Document No.: 116

FILED
6/30/21 1:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __30th__ day of __June__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 15-70770-JAD
Andrew J Feight                                                                      Chapter 13
Amanda L Feight
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: mgut      Page 1 of 3
Date Rcvd: Jun 30, 2021      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew J Feight, 236 West 5th Avenue, Everett, PA 15537-9608 |
| jdb | + | Amanda L Feight, 236 West 5th Avenue, Everett, PA 15537-9608 |
| 14135206 | + | AES, Payment Center, Harrisburg, PA 17130-0001 |
| 14135208 | + | Bob Lazer, O.D., 120 W. Penn Street, Bedford, PA 15522-1223 |
| 14135212 | + | Conemaugh Memorial Medical Center, P.O. Box 643928, Pittsburgh, PA 15264-3928 |
| 14135213 | + | Dayo Navagund Associates, 120 Village Drive, Greensburg, PA 15601-3787 |
| 14377851 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135214 | + | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |
| 14135216 | + | Highmark Blue Shield, P.O. Box 382178, Pittsburgh, PA 15251-8178 |
| 14135218 | + | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 14159796 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 14135217 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14146579 | + | Penelec, A FirstEnergy Company, FirstEnergy, 331 Newman Springs Rd Building 3, Red Bank, NJ 07701-5688 |
| 14135219 | + | Susquehanna Bank, 26 N. Cedar Street, Lititz, PA 17543-1514 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | BB&T, Bankruptcy Section, P.O. Box 1847, Wilson, NC 27894 |
| cr | | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | BB&T, now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | Bankruptcy Section BB&T, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:43:49 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14135207 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:44:00 | Ally, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14149618 | | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:44:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14157581 | | Email/Text: bankruptcy@bbandt.com | Jun 30 2021 23:44:00 | Branch Banking and Trust, PO Box 1847, Wilson, NC 27894-1847 |
| 14135209 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 23:43:36 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14159437 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 23:44:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14135211 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 30 2021 23:43:33 | Chase, Cardmember Service, P.O. Box 15153, Wilmington, DE 19886 |
| 14135210 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 30 2021 23:43:33 | Chase, P.O. Box 24696, Columbus, OH 43224 |

| District/off: 0315-7 | User: mgut | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| 14194001 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 30 2021 23:43:33 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15259983 | + Email/Text: BKBCNMAIL@carringtonms.com | Jun 30 2021 23:44:00 | JPMorgan Chase Bank, National Association, c/o Carrington Mortgage Services, LLC, P.O. BOX 3730,, Anaheim, CA 92803-3730 |
| 14657111 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:43:49 | Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14139018 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | G. Shaun Akers |
| cr | | JPMorgan Chase Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14135215 | *+ | G. Shaun Akers, 715 Church Street, Saxton, PA 16678-1211 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor JPMorgan Chase Bank  National Association agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor JPMorgan Chase Bank  National Association bnicholas@kmllawgroup.com |
| James R. Huff, II | on behalf of Creditor G. Shaun Akers jhuff@sfshlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry L. Graffius | |

| District/off: 0315-7 | User: mgut | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 29 |

                on behalf of Plaintiff Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
                on behalf of Plaintiff Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
                on behalf of Joint Debtor Amanda L Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

Terry L. Graffius
                on behalf of Debtor Andrew J Feight tgraffius@lhrklaw.com  kmaris@lhrklaw.com

TOTAL: 10